**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
E: wlitvak@drllaw.com
T: 310-477-5575

**HIRALDO P.A.**
Manuel Hiraldo, Esq.
(*pro hac vice*)
401 E Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
E: Mhiraldo@Hirladolaw.com
T: 954-400-4713

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BUSTILLOS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>WEST COVINA CORPORATE FITNESS, INC.,<br><br>*Defendant* | CASE NO.: 2:21-cv-04433-SB-AFM<br><br>**[DISCOVERY MATTER]**<br><br>Assigned to: Hon. Stanley Blumenfeld Jr.<br><br>Referred to: Hon. Magistrate Alexander F. MacKinnon<br><br>NOTICE OF MOTION TO COMPEL<br><br>Date: November 9, 2021<br>Time: 10:00 a.m.<br>Crtm: 780<br><br>Discovery Cut-Off: 12/24/2021<br>Pre-Trial Conference: 4/29/2022<br>Trial Date: 5/17/2022 |

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on November 9, 2021 at 10:00 a.m., in Courtroom 780 of the above caption Court, located at 255 E. Temple St., Los Angeles, CA 90012, Plaintiff Joanne Bustillos will and hereby does move this Court for an order compelling discovery responses from Defendant West Covina Corporate Fitness, Inc.

This Motion is based on this Notice of Motion and Joint Stipulation to Compel Responses to Plaintiff's First Request for Production and First Set of Interrogatories, all pleadings and files in this action, and upon such other oral or written argument as may be presented to the Court at the hearing.

Date:   October 18, 2021

Respectfully Submitted,

*/s/ Manuel Hiraldo, Esq.*
**HIRALDO P.A.**
Manuel Hiraldo, Esq.
(*pro hac vice*)
401 E Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
E: Mhiraldo@Hirladolaw.com
T: 954-400-4713

**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(Cal. Bar No. 90533)
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
E: wlitvak@drllaw.com
T: 310-477-5575

*Attorneys for Plaintiff and Proposed Class*

JOINT STIPULATION TO COMPEL RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS