**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
(State Bar No. 90533)
wlitvak@drllaw.com
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Telephone: 310.477.5575

**HIRALDO P.A.**

Manuel S. Hiraldo (*pro hac vice*)

Florida Bar No. 030380

401 E. Las Olas Boulevard Suite 1400

Ft. Lauderdale, Florida 33301

Email: mhiraldo@hiraldolaw.com

Telephone: 954-400-4713

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE BUSTILLOS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WEST COVINA CORPORATE FITNESS, INC., a California Corporation, <br><br> Defendant. | CASE NO.: 2:21-cv-04433 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1
2
3        Plaintiff Joanne Bustillo and Defendant West Covina Corporate Fitness, Inc.,
4
pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the
5
dismissal of this action as follows:  All claims of Plaintiff are hereby dismissed <u>with</u>
6
<u>prejudice</u>. Each party to bear their own costs and attorney's fees.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: February 18, 2022

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
(*pro hac vice*)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email:
mhiraldo@hiraldolaw.com
Telephone: 954-400-4713

DATED:  February 18, 2022

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:         */s/ Paul Harshaw*

Paul Harshaw
Attorneys for Defendant

1